THE STATE EX REL. JACKSON, APPELLANT, *v.* DALLMAN, WARDEN, APPELLEE.

[Cite as *State ex rel. Jackson v. Dallman* (1994), 71 Ohio St.3d 400.]

(No. 94–1719—Submitted November 29, 1994—Decided December 30, 1994.)

---

*Nathaniel Jackson,* pro se.

*Lee Fisher,* Attorney General, and *John J. Gideon,* Assistant Attorney General, for appellee.

---

*Per Curiam.* The decision of the court of appeals is affirmed on authority of *Wenzel v. Enright* (1993), 68 Ohio St.3d 63, 623 N.E.2d 69.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.